**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No. 321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPAL B. ROCKPORT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No.** 2:21-cv-07246-RSWL-JCx<br><br>**ORDER** |

## <u>ORDER ON DISMISSAL WITH PREJUDICE</u>

Plaintiff, OPAL B. ROCKPORT ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to EXPERIAN INFORMATION SOLUTIONS, INC. Each party shall bear its own costs and attorney fees.

Dated: June 16, 2022         */S/ RONALD S.W. LEW*
                             Judge, U.S. District Court